MATTIE BELL *v.* U.S. HOMECARE CORPORATION OF
CONNECTICUT ET AL.
(14753)

Foti, Heiman and Schaller, Js.

Submitted on briefs February 13—decision released March 5, 1996

*Joelle C. Newton* filed a brief for the appellant (plaintiff).

*Jason M. Dodge* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.